s

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KELVIN BROWN,**

           **Plaintiff,**

**v.**                                                      **Case No. 4:14cv193-MW/CAS**

**LT. WILLIAM PARRAMORE,**
**SGT. K. MEADOWS,**
**LT. L. DAVIS, and**
**OFFICER T. SAILOR,**

           **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND <u>RECOMMENDATION</u>

           This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No.54   Upon consideration, no objections having been filed by Plaintiff,

           IT IS ORDERED:

           The report and recommendation is **accepted and adopted** as this Court's

1

opinion.  Plaintiff's Motion for Order of Injunction, ECF No. 47, is **DENIED**.

This case is **remanded** to the Magistrate Judge for further proceedings.

   **SO ORDERED on June 25, 2015.**


                                                **_s/MARK E. WALKER_____**
                                                **United States District Judge**